1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  199 Figueroa Street, 3rd Floor
   Ventura, California 93001
3  Telephone:  (805) 653-7937
   Facsimile: (805) 653-7225
4  E-Mail: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Amy M. Boretti

6

7

8                    UNITED STATES DISTRICT COURT
9                 CENTRAL  DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
10

11  AMY M. BORETTI,                    )   CASE NO. CV 13-2300-VBK
                                       )
12              Plaintiff,             )   ORDER
                                       )   AWARDING ATTORNEY'S
13        v.                           )   FEES AND COSTS PURSUANT
                                       )   TO THE EQUAL ACCESS TO
14                                     )   JUSTICE ACT, 28 U.S.C.
    CAROLYN W. COLVIN,                 )   § 2412(d)
15  ACTING COMMISSIONER OF SOCIAL      )
    SECURITY,                          )
16                                     )
                Defendant.             )
17  _____   )

18  //

19  //

20        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

21  IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

22  Justice Act in the amount of SIX-THOUSAND SEVEN-HUNDRED DOLLARS

23  and NO CENTS ($6,700.00), as authorized by 28 U.S.C. § 2412(d), subject to the

24  terms of the Stipulation.

25        Dated: January 28, 2014

26                          _____/s/_____
                            UNITED STATES MAGISTRATE JUDGE
27

28

                                       1